**Charles GENTRY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 35839.**

Court of Criminal Appeals of Texas.

May 22, 1963.

Rehearing Denied June 26, 1963.

———◆———

No Attorney on Appeal.

John H. Flinn, Dist. Atty., Sinton, and Leon B. Douglas, State's Atty., of Austin, for the State.

**PER CURIAM.**

The offense is rape; the punishment, 5 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**McDONALD, Judge.**

On Appellant's Motion for Rehearing

In a per curiam opinion dated May 22, 1963, this court affirmed the judgment of the trial court for the reason that the record on appeal contained no statement of facts or bills of exception. The proceedings appearing to be regular, nothing was presented for review.

A letter from the appellant has been filed herein with the record, and said letter is

considered as appellant's motion for rehearing. Appellant was represented by counsel at his trial. He now contends that he told the trial judge that he was without funds to pay for the record and to employ an attorney upon appeal.

There is no showing in the record that the appellant is destitute or that the attorneys who represented him at the trial were court-appointed, nor does the record reflect that he was unable to employ counsel or pay for a statement of facts upon appeal.

Appellant's motion for rehearing is overruled.